# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAURA TAYLOR

VERSUS

JESSE B. JAMES, UNITED
SERVICES AUTOMOBILE
ASSOCIATION, AND NATIONAL
GENERAL INSURANCE COMPANY

NO.  2024 CW 0055

**MARCH 22, 2024**

---

In Re:  Imperial Fire & Casualty Insurance Company, applying
for supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 680484.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DISMISSED.**  This writ application is dismissed
pursuant to relator's January 29, 2024 letter advising this
matter has been settled, rendering the writ application moot.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT